Arthur Akperov, RN
646 436 1777 (mobile)
ArthurAkperov@mail.adelphi.edu
ArthurAkperov18@aol.com

September 19, 2022

**By ECF**

Honorable Edgardo Ramos, U.S District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re: Brook v. Ruotolo, *et al.*
**22 CV 06173**

Dear Judge Edgardo Ramos,

    I am one the named defendants in the referenced action. My response to the complaint is due by September 21, 2022. I am writing to formally request an extension of my time to respond to the aforementioned complaint to October 20, 2022 pursuant to Rule 1.E. of Your Honor's Individual Rules of Practice.

    I have not previously requested for extension of time to respond to this complaint.

    My former employer at the time of said complaint (also a named defendant) (Mary Manning Walsh), has not yet provided me legal counsel. This extension of time to respond will allow for time to review the 254 pages of the complaint and obtain legal counsel (either provided by former employer or in order for me to retain my own legal counsel).

    The plaintiff *pro se* did not respond to three separate emails asking for an extension of time to answer.

    Please grant my request for extension of response to the complaint by October 20, 2022.

Respectfully,

Arthur Akperov

*/s/ Arthur Akperov*