UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Adam Brook,

                         Plaintiff,

          -against-

Joseph Ruotolo, Esq., Ira Salzman, Esq., Diana          Civil Action No. 22 CV 06173 (ER)
Rosenthal, Esq., Felice Wechsler, Esq., Mental
Hygiene Legal Service, Kenneth Barocas,
Esq., Ian Shainbrown, Esq., The Shainbrown
Firm, L.L.C., Karl Huth, Esq., Huth, Reynolds,
L.L.P., Howard Muser, Allegiant Home Care,          **DECLARATION IN SUPPORT**
L.L.C., Ann Reen, R.N., Mary Manning Walsh
Nursing Home, Allen Logerquist, M.D.,
Florence Pua, M.D., Eric Nowakowski,
R.P.A.-C, Towana Moe, R.N., John Michael
Natividad, Arthur Akperov, Doris Bermudez,
Navjot Sepla, Marie Sweet Mingoa, R.N., and
John Does #1-10,

                         Defendants.
--------------------------------------------------------X

          JOSEPH L. FRANCOEUR, an attorney licensed to practice law in the State of New York

and before this Court, hereby declares under penalty of perjury the truth of the following

statements:

          1. I am a partner at Wilson Elser Moskowitz Edelman & Dicker LLP, attorneys for

defendant Ira Salzman, and am familiar with the pleadings and proceedings in this action. I submit

this declaration in support of Salzman's motion for an Order, pursuant to Rules 9, 12(b)(1), and

12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint.

          2. Annexed as Exhibit A is a copy of the Complaint filed in this action.

1

WHEREFORE, for the reasons set forth in the accompanying memorandum of law and in the defendants' joint memorandum of law, it is respectfully submitted that Salzman's motion should be granted.

Dated:  December 20, 2022
       New York, New York

                                  _____/s/_____

                                     Joseph L. Francoeur

## <u>CERTIFICATE OF SERVICE</u>

Joseph L. Francoeur does hereby certify that on this 20th day of December, 2022, a copy of the foregoing document was electronically filed with the Court and served via CM/ECF on parties registered on the Court's electronic docket, and that a paper copy of the foregoing document has been sent to the *pro se* Plaintiff via U.S. Mail, postage prepaid, at the address listed for Plaintiff on the Summons and Complaint in this case (*i.e.,* 813 Delmar Way Apt. 306, Delray Beach, Florida 33483).

Dated:  December 20, 2022
        New York, New York

                             /s/
                           Joseph L. Francoeur