| | |
|---|---|
| ADAM BROOK, THE ESTATE OF DR. JUDITH BROOK,<br><br>     Plaintiffs,<br><br>    – against –<br><br>JOSEPH RUOTOLO, IRA SALZMAN, DIANA ROSENTHAL, FELICE WECHSLER, MENTAL HYGIEN LEGAL SERVICE, KENNETH BAROCAS, IAN SHAINBROWN, THE SHAINBROWN FIRM, L.L.C., KARL HUTH, HUTH REYNOLDS, L.L.P., HOWARD MUSER, ALLEGIANT HOME CARE, L.L.C., ANN REEN, MARY MANNING WALSH NURSING HOME, ALLEN LOGERQUIST, FLORENCE PUA, ERIC NOWAKOWSKI, TOWANA MOE, JOHN MICHAEL NATIVIDAD, ARTHUR AKPEROV, DORIS BERMUDEZ, NAVJOT SEPLA, MARIE SWEET MINGOA, and JOHN DOES #1-10,<br><br>     Defendants. | **ORDER**<br><br><br><br><br>22 Civ. 6173 (ER) |
| ESTATE OF JUDITH BROOK and ADAM BROOK,<br><br>     Plaintiff,<br><br>    – against –<br><br>MONITOR/ME LLC, THE MARY MANNING WALSH NURSING HOME COMPANY, INC., JASON KUBERT, ERIC NOWAKOWSKI, ANTHONY BACCI, JOHN DOES #1-10,<br><br>     Defendants. | 23 Civ. 1319 (ER) |

RAMOS, D.J.:

  For the reasons stated on the record at the conference held on April 18, 2023, the above-

captioned cases are hereby consolidated pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.

    It is SO ORDERED.

Dated:    April 18, 2023
           New York, New York

                                                                                                  EDGARDO RAMOS, U.S.D.J.