**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ADAM BROOK,

               Plaintiff,

-against-

JOSEPH RUOTOLO, ESQ., et al.,

               Defendants.
-------------------------------------------------------------------X
ESTATE OF JUDITH BROOK and ADAM BROOK,

               Plaintiff,

-against-

MONITOR/ME, LLC, et al.,

               Defendants.
-------------------------------------------------------------------X

**JUDGMENT**

22 **CIVIL** 6173 (ER)

23 **CIVIL** 1319 (ER)

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 21, 2023, Defendants' motions to dismiss are GRANTED and Plaintiff Adam Brook's motion to disqualify is DENIED as moot; accordingly, both cases are closed.

**Dated:** New York, New York

     August 22, 2023

                                                    **RUBY J. KRAJICK**

                                                    **Clerk of Court**

                       **BY:**

                                                    **Deputy Clerk**